# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVID ANDERSON**                                                  **PLAINTIFF**
**#087368**

**VS.**                             **3:20-CV-00419-BRW**

**GREENE COUNTY, ARKANSAS,** *et al***.**                          **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of December, 2020.

                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE

.